# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700224

_____

## UNITED STATES OF AMERICA
Appellee

v.

## LEVI J. GRASTY
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Emily A. Jackson-Hall, USMC.
Convening Authority: Commanding General, Command Element, II
Marine Expeditionary Force, Camp Lejuene, NC.
Staff Judge Advocate's Recommendation: Colonel Kevin S. Woodard,
USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 31 October 2017

_____

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court